5 F.3d 452
 SUBAFILMS, LTD.; The Hearst Corp.,
Plaintiffs-counter-defendants-Appellees,
v.
MGM-PATHE COMMUNICATIONS CO., fka MGM/UA Communications Co.
and as United Artists Corporation; MGM/UA Home Video, Inc.;
Warner Home Video, Inc.; Warner Bros. Inc.,
Defendants-counter-claimants-Appellants.
SUBAFILMS, LTD.; The Hearst Corp., Plaintiffs-Appellants,
v.
MGM-PATHE COMMUNICATIONS CO., fka MGM/UA Communications Co.
and as United Artists Corporation; MGM/UA Home Video, Inc.;
Warner Home Video, Inc.; Warner Bros. Inc.; United
Artists Corporation, Defendants-Appellees.
 Nos. 91-56248, 91-56379, 91-56289.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 28, 1993.
 
 ORDER
 Prior report: 988 F.2d 122.
 WALLACE, Chief Judge:
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.